IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00651-RPM

MARK SHOOK and
DENNIS JONES, on behalf of themselves and all others similarly situated,

        Plaintiffs, and

JAMES VAUGHAN,
SHIRLEN MOSBY,
THOMAS REINIG,
LOTTIE ELLIOTT, and

VICTOR SIEGRIST,

        Intervenor Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO and
TERRY MAKETA, in his official capacity as Sheriff of El Paso County,

        Defendants.

## ORDER GRANTING MOTION TO INTERVENE

On March 17, 2006, Victor Siegrist moved pursuant to Fed. R. Civ. P. 24 for leave to intervene in this action as a party plaintiff and to join in the plaintiffs' motion for class certification, filed June 17, 2005. The motion to intervene was unopposed. Upon consideration of the motion, it is

ORDERED that the motion to intervene by Victor Siegrist is granted and the class action complaint in intervention submitted on March 17, 2006 is filed. The defendants shall plead to the

complaint in intervention of Intervenor-plaintiff Victor Siegrist within twenty days from the date of this order.

Dated:  June 28, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge