IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-00651-RPM-MJW

MARK SHOOK and
DENNIS JONES, on behalf of themselves and all others similarly situated,

    Plaintiffs, and

JAMES VAUGHAN;
SHIRLEN MOSBY;
THOMAS REINIG;
LOTTIE ELLIOTT; and
VICTOR SIEGRIST,

    Intervenor Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO and
TERRY MAKETA, in his official capacity as Sheriff of El Paso County,

    Defendants.

## ORDER

THE COURT, having reviewed Defendants' UNOPPOSED MOTION TO WITHDRAW PORTION OF MOTION TO DISMISS FILED ON JULY 14, 2006, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that said motion is granted. Defendants' motion to dismiss [Doc. #110] is withdrawn as to Intervenor Plaintiff Victor Siegrist, and Defendants shall have up to and

including August 14, 2006, within which to file an answer to Intervenor Plaintiff Siegrist's intervention complaint.

DATED: July 31st, 2006

BY THE COURT:

s/Richard P. Matsch

_____
DISTRICT JUDGE