IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00651-RPM

MARK SHOOK and
DENNIS JONES, on behalf of themselves and all others similarly situated,

        Plaintiffs and

JAMES VAUGHAN,
SHIRLEN MOSBY,
THOMAS REINIG, and
LOTTIE ELLIOTT,
VICTOR SIEGRIST,

        Intervenor-Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO and
TERRY MAKETA, in his official capacity as Sheriff of El Paso County,

        Defendants.

_____

ORDER OF DISMISSAL OF INTERVENOR-PLAINTIFF VICTOR SIEGRIST
_____

        Pursuant to the Stipulation of Dismissal without Prejudice (Doc. #119), filed on September 22, 2006, it is

        ORDERED that the Class Action Complaint in Intervention of Intervenor-Plaintiff Victor Siegrist, and all claims therein, are dismissed without prejudice, each party to bear their own costs.

        DATED: September 22, 2006.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge