IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00651-RPM

MARK SHOOK and
DENNIS JONES, on behalf of themselves and all others similarly situated,

        Plaintiffs and

JAMES VAUGHAN,
SHIRLEN MOSBY,
THOMAS REINIG, and
LOTTIE ELLIOTT,
VICTOR SIEGRIST,

        Intervenor-Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO and
TERRY MAKETA, in his official capacity as Sheriff of El Paso County,

        Defendants.

_____

ORDER OF DISMISSAL
_____

        The claim of Intervenor-Plaintiff Victor Siegrist having been dismissed by stipulation, it is

        ORDERED that the motion to dismiss, filed by the defendants on July 14, 2006, is granted and this civil action is dismissed in its entirety.

        DATED: September 22, 2006.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge